In the Matter of THOMAS F. KEEVAN, Petitioner, against LEWIS J. VALENTINE, as Police Commissioner of the City of New York, Respondent.— Determination unanimously confirmed, with $50 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ. [See *post,* p. 876.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAUD BUSH, Appellant.— Judgment unanimously affirmed. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

In the Matter of the Estate of LOUIS A. COHN, Deceased. BESSIE ROTHMAN, as Administratrix of the Estate of BERTIE COHN, Deceased, Respondent; NATHAN BERK, Appellant.— Decree affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.; Cohn, J., dissents and votes to reverse and dismiss the petition.

IRVING S. FREEDMAN, Respondent, v. OLCOTT HOLDING CORPORATION, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. KING VARICK CORPORATION, Respondent, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Appellants. [200 Varick St., Borough of Manhattan.]— Order unanimously reversed, with $20 costs and disbursements to the appellants, and the assessments of the tax commission reinstated and confirmed on the ground that the evidence supports the values fixed by the tax commission for the years involved. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

In the Matter of the Accounting of FLORENCE M. DOHERR, as Substituted Executrix of WILLIAM SHOEMAKER, Deceased, Respondent. WILLIAM H. SHOEMAKER, Appellant.— Decree unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See *post,* p. 876.]

JACOB LEVINE, Respondent, v. GARFORD TRUCKING Co. et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

MANHATTAN SAVINGS BANK, Respondent, v. 412 EAST 84TH STREET REALTY CORPORATION, Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant-appellant to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

ANNE KIRK, Respondent, v. ARTHUR J. O'CONNOR, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

DOROTHY REID, Respondent, v. MILTON SMITH, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.